AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*[FILED stamp: 07 OCT 18 PM ... RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

**OFFENSE CHARGED**

TITLE 18, UNITED STATES CODE, SECTION 844(e) - WILLFULLY MAKING THREATENING COMMUNICATIONS

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ TUAN NGUYEN

**DISTRICT COURT NUMBER**

*[handwritten] 664*

*[stamp: WHA]*

**PENALTY:**
maximum 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
United States Department of State, Special Agent Jeffrey Dubsick

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Alameda County order to Napa State Hospital

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Elise Becker

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**

FILED
07 OCT 18 PM 4:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

TUAN NGUYEN



CR 07 0664 WHA

DEFENDANT.

---

## INDICTMENT

18 U.S.C. §844(e) - Willfully Making Threatening Communications

---

INDICT

A true bill.

_____
Foreman

Filed in open court this 18th day of Oct 2007

BETTY FONG
Clerk

Bail, $ No bail / warrant

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 OCT 18 PM 4: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07     0664

WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 844(e) -- Willfully Making Threatening Communications |
| v. | ) | |
| TUAN NGUYEN, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

On or about April 27, 2007, in the Northern District of California, the defendant,

TUAN NGUYEN,

through the use of the mail, did willfully make threats and maliciously convey false information, knowing such information to be false, concerning an attempt and alleged attempt unlawfully to damage and destroy the Vietnamese Consulate and to kill and injure individuals by

//
//
//

INDICTMENT

1  means of fire and explosive, in violation of Title 18, United States Code, Section 844(e).

2

3  DATED:                                    A TRUE BILL.

4

5                                            /s/ _____
                                             FOREPERSON
6  SCOTT N. SCHOOLS
   United States Attorney
7

8

9  BRIAN J. STRETCH
   Chief, Criminal Division
10

11 (Approved as to form: _____ )
                          AUSA Elise Becker
12

INDICTMENT                          2